# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: **DAVID ANTONIO ACEVEDO FALCON**<br>SSN xxx-xx-2429<br><br>Debtor(s) | CASE NO: **19-01636-ESL**<br><br>Chapter 13 |

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: **03/28/2019**

Days From Petition Date: **35**

910 Days Before Petition: **09/29/2016**

Chapter 13 Plan Date: **03/28/2019**  ☐ Amended

This is Debtor(s) 1 Bankruptcy petition.

Payment(s) ☐ Received or ☐ Evidence shown at meeting:

Check/MO# _____

Date: _____  Amount: $ _____

First Meeting Date: **05/02/2019 at 10:00AM**

341 Meeting Date: **05/02/2019 at 10:00AM**

Confirmation Hearing Date: **06/05/2019 at 2:00PM**

Plan Base: **$33,840.00**  Plan Docket # **4**

This is the 1st scheduled meeting.

Total Paid In: **$100.00**

---

*APPEREANCES:  ☐ Telephone   ☐ Video Conference

Debtor: ☒ Present ☐ Absent ☒ ID & Soc. OK        Joint Debtor: ☐ Present ☐ Absent   ☐ ID & Soc. OK

☒ Examined    ☐ Not Examined under Oath        ☐ Examined    ☐ Not Examined under Oath

Attorney for Debtor(s): ☐ Not Present  ☒ Present

Name of Attorney Present (Other than Attorney of Record): _____

☐ Pro-se

☐ Creditor(s) Present     ☒ None

---

*ATTORNEY FEES AS PER R 2016(b) STATEMENT:

Attorney of Record: **ROBERTO FIGUEROA CARRASQUILLO***

Total Agreed: **$3,000.00**    Paid Pre-Petition: **$1,000.00**    Outstanding (Through the Plan): **$2,000.00**

---

*TRUSTEE'S REPORT ON CONFIRMATION & STATUS OF §341 MEETING

Debtor's/s' Commitment Period: ☒ Under Median Income 36 months   ☐ Above Median Income 60 months §1325(b)(1)(B)
Projected Disposable Income: $ _____

☐ The Trustee cannot determine debtor's/s' commitment period at this time.

Liquidation Value: $ 0.00     Estimated Priority Debt: $ _____

If the estate were liquidated under Chapter 7, nonpriority unsecured claims would be paid approximately $0.00

The Trustee:    ☐ NOT OBJECTS   ☑ OBJECTS   Plan Confirmation    Gen. Uns. Approx. Dist.: 100 %

§341 Meeting   ☐ CONTINUED   ☐ NOT HELD   ☐ CLOSED   ☑ HELD OPEN FOR 30 DAYS

§341 Meeting Rescheduled for:_____

Comments:
_____
_____

| |
|---|
| [1325(a)(1)] Failure to comply with her/his/their duties.[11 U.S.C.704(a)(4) and 1302(b)(1)]<br><br>Debtor must upload evidence of pre-petition income listed in the Means Test, reviewed at creditors' meeting |
| |
| [1325(a)(8)] DSO Payment Default – Debtor(s) is in default with post-petition DSO payments.<br><br>Debtor must submit evidence of being current with post petition DSO payments until the confirmation of the plan. Debtor showed evidence of being current until April 2019. |
| [1325(a)(9)] Tax Requirements – Debtor(s) fails to comply with Tax Return filing requirement of [1308].<br><br>Debtor must submit evidence of filing 2017-2018 Puerto Rico and Federal tax returns. Debtor said he did not generate any income for 2015-2016 and, thus, did not file tax returns. Hacienda Form 2781 for said years must be submitted. |
| [1325(b)(1)(B)] Projected Disposable Income – Debtor(s) fails to apply projected disposable income, to be received during applicable commitment period, to make payments to unsecured creditors under the plan. [1322(a)(1)]<br><br>Per evidence submitted, Debtor's DSO payment is $400.00, which is lower than the amount reported in Schedule J. |
| *OTHER COMMENTS / OBJECTIONS<br><br>NOTE: Debtor is an independent contractor who's only client was FEMA. Debtor, however, has not been able to work since November 2018, first because of the government shutdown and then due to medical reasons. He expects that by June 2019 he will end his medical treatment and be able to start working again.<br><br>Debtor failed to list closed bank account with PenFed in SOFA. |

/s/ Jose R. Carrion, Esq.          Meeting Date: May 02, 2019
    Trustee

/s/ Alexandra Rodriguez, Esq., Presiding Officer

Last Docket Verified: 7    Last Claim Verified: 1